# United States Bankruptcy Court
## Western District of Washington

In re **Jesus Eduardo Rosales Hernandez**                     Case No. **18-44224**
                            Debtor(s)                          Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **December 19, 2018**, a copy of **Chapter 7 Individual Debtors Statement of Intention** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Alaska Usa Fcu**
**P.o. Box 196613**
**Anchorage, AK 99519**

**Loancare Servicing Ctr**
**3637 Sentara Way**
**Virginia Beach, VA 23452**

**Mechanics Bank Fka Crb**
**Po Box 25805**
**Santa Ana, CA 92799**

**Wells Fargo Dealer Svc**
**Po Box 1697**
**Winterville, NC 28590**

                                        **/s/ Jordan Gunn**
                                        **Jordan Gunn**
                                        **Sound Advocates Law Group PLLC**
                                        **707 E Harrison St**
                                        **Seattle, WA 98102**
                                        **(206) 420-8710 Fax:(206) 973-3034**
                                        **jordan@soundadvocates.com**